IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LIQUID MANNA, LLC<br>　　　Claimant,<br><br>v.<br><br><br>GLN GLOBAL LIGHT NETWORK, LLC<br>and DAVID DARTEZ<br><br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO 5:14-cv-1123- DAE<br>§<br>§<br>§<br>§<br>§ |

## NOTICE OF NONSUIT WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff LIQUID MANNA, LLC ("Plaintiff") files this notice of nonsuit without prejudice against Defendants GLN GLOBAL LIGHT NETWORK, LLC and DAVID DARTEZ.  Pursuant to Texas Rule of Civil Procedure 162, Plaintiff hereby gives notice that it is taking a nonsuit of this case against Defendants GLN GLOBAL LIGHT NETWORK, LLC and DAVID DARTEZ.  This nonsuit is without prejudice as to re-filing, and is effective immediately as of the date of filing this notice.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Jeffrey Taylor
　　　　　　　　　　　　　　　　　　　JEFFREY TAYLOR
　　　　　　　　　　　　　　　　　　　Texas Bar No:  24042011
　　　　　　　　　　　　　　　　　　　301 Congress, Suite 1050
　　　　　　　　　　　　　　　　　　　Austin, TX 78701
　　　　　　　　　　　　　　　　　　　(512) 368-9186
　　　　　　　　　　　　　　　　　　　(512) 368-9014 FAX
　　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**

1

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached document was served on the following parties via e-mail and certified mail, return receipt requested, on June 12, 2017.

David Dartez
23505 Bat Cave Rd.
San Antonio, TX 78266
**Pro Se Defendant**
personal@globallight.net

Michael Morris
Morris & Bermudez, pllc
299 W. San Antonio Street
New Braunfels, TX 78130
830-626-8779 - Telephone
mmorris@mmbiblaw.com

/s/ Jeffrey Taylor